Dominga FAMULARCANO, Petitioner,

v.

## OFFICE OF PERSONNEL MANAGEMENT, Respondent.

### No. 2009–3239.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2009.

Dominga Famularcano, Zambales, PH, pro se.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

VISIONEER, INC., Plaintiff–Appellant,

v.

## KEYSCAN, INC., Defendant/Cross Appellant.

### Nos. 2009–1521, 2009–1531.

United States Court of Appeals, Federal Circuit.

Nov. 10, 2009.

Warren S. Heit, White & Case LLP, Palo Alto, CA, for Defendant/Cross Appellant.

Gregory S. Tamkin, Dorsey & Whitney LLP, Denver, CO, for Defendant/Cross Appellant.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).